# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| GRUPO PETROTEMEX, S.A. DE C.V. and DAK AMERICAS LLC, | ) )  Civil Action No. 16-cv-02401 SRN/HB ) |
| Plaintiffs, | ) **POLYMETRIX'S LR 7.1(a)(1) MEET-** |
| v. | ) **AND-CONFER STATEMENT** ) |
| POLYMETRIX AG, | ) ) ) |
| Defendant. | ) ) ) |

I, Todd A. Noah, representing Defendant Polymetrix AG ("Polymetrix"), hereby certify that I have met conferred with counsel for Plaintiffs Grupo Petrotemex, S.A. de C.V. and DAK Americas LLC ("GPT/DAK"), Eric Schweibenz and John Presper, on March 7, 2018. The parties were unable to agree on resolution of all or part of the motion.

Dated:  March 7, 2018            Respectfully Submitted,

                                         DERGOSITS & NOAH LLP

                                         By:   /s/ Todd A. Noah
                                               Todd A. Noah (*Pro Hac Vice*)
                                               One Embarcadero Center, Suite 350
                                               San Francisco, CA  94111
                                               (415) 705-6377
                                               tnoah@dergnoah.com

-2-

        FAEGRE BAKER DANIELS LLP
        Theodore M. Budd, MN Bar No. 314778
        Timothy M. Sullivan, MN Bar No. 391528
        2200 Wells Fargo Center
        90 South Seventh Street
        Minneapolis, MN 55402-3901
        (612) 766-7000
        ted.budd@faegrebd.com

        Attorneys for POLYMETRIX AG