UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
Civil No. 16-cv-02401 (SRN/HB)

GRUPO PETROTEMEX, S.A. DE C.V. and
DAK AMERICAS LLC,

Plaintiffs,

**CERTIFICATE OF COMPLIANCE**

v.

POLYMETRIX AG,

Defendant.

The undersigned attorney for the United States certifies this objection complies with the type-volume limitation of D. Minn. LR 72.2(c)(1) and the type size limitation of D. Minn. LR 72.2(c)(2). The objection has 3,496 words of type, font size 13. The objection was prepared using Microsoft Word 2016, which includes all text, including headings, footnotes and quotations in the word count.

Dated: 10/5/18

ERICA H. MacDONALD
United States Attorney

s/ Pamela A. Marentette

BY: PAMELA A. MARENTETTE
Assistant U.S. Attorney
Attorney ID Number 389725
BY: CHAD A. BLUMENFIELD
Assistant U.S. Attorney
Attorney ID Number 387296
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Phone: 612-664-5600
Email: Pamela.Marentette@usdoj.gov
Email: Chad.Blumenfield@usdoj.gov