UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
Civil No. 16-cv-02401 (SRN/HB)

GRUPO PETROTEMEX, S.A. DE C.V. and
DAK AMERICAS LLC,

Plaintiffs,

v.

POLYMETRIX AG,

Defendant.

**DECLARATION OF CHAD A. BLUMENFIELD**

1. I am an Assistant United States Attorney involved in responding to the third-party motion to compel brought by Plaintiffs against the U.S. Customs and Border Protection.

2. Exhibit A, attached hereto, is a true and correct copy of selected portions of the transcript of the September 14th hearing in this matter.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 5, 2018

s/ Chad A. Blumenfield
CHAD A. BLUMENFIELD
Assistant United States Attorney