**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

GRUPO PETROTEMEX, S.A. DE C.V. and
DAK AMERICAS LLC,

Plaintiffs,

v.

POLYMETRIX AG,

Defendant.
_______________________________________/

Civil Action No. 16-cv-02401 SRN-HB

**PLAINTIFFS' LR 7.1(f) AND 7.1(h) WORD COUNT COMPLIANCE CERTIFICATE**

I, Eric W. Schweibenz, certify that Plaintiffs Grupo Petrotemex, S.A. de C.V. and DAK Americas LLC's Response to United States Customs and Border Protection's Objection to Order on Motion to Compel complies with the word limits in Local Rule 7.1(f) and the type-size limits of Local Rule 7.1(h).

I further certify that, in preparing this Response, I used Microsoft Word Version 2010, and this program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above-referenced Response contains 3,428 words.

October 19, 2018

Respectfully submitted,

OBLON, McCLELLAND, MAIER
& NEUSTADT, L.L.P.

By: */s/ Eric W. Schweibenz*
Eric W. Schweibenz (*Pro Hac Vice)*
Robert C. Mattson (*Pro Hac Vice)*

J. Derek Mason (*Pro Hac Vice)*
John F. Presper (*Pro Hac Vice)*
1940 Duke Street
Alexandria, Virginia 22314
Telephone: (703) 413-3000
Facsimile: (703) 413-2200
ESchweibenz@oblon.com
RMattson@oblon.com
DMason@oblon.com
JPresper@oblon.com

NORTON ROSE FULBRIGHT US LLP
Barbara J. D'Aquila, MN Bar No. 002112X
Laura J. Borst, MN Bar No. 032548X
Margaret Rudolph, MN Bar No. 0393371
RBC Plaza
60 South Sixth Street, Suite 3100
Minneapolis, MN 55402
(612) 321-2800
barbara.daquila@nortonrosefulbright.com
laura.borst@nortonrosefulbright.com
margaret.rudolph@nortonrosefulbright.com

*Counsel for Plaintiffs Grupo Petrotemex, S.A. de C.V. and DAK Americas LLC*