**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

| | |
|---|---|
| GRUPO PETROTEMEX, S.A. DE C.V. and DAK AMERICAS LLC,<br><br>Plaintiffs,<br>v.<br><br>POLYMETRIX AG,<br><br>Defendant. | Civil Action No. 16-cv-02401 SRN/HB<br><br>**POLYMETRIX'S LR 7.1(f) AND 7.1(h) WORD COUNT COMPLIANCE CERTIFICATE** |

I, Todd A. Noah, certify that Defendant Polymetrix AG's Response to Plaintiffs' Objections to Magistrate Judge's Order Denying Motion to Compel Production of Defendant's Opinion of Counsel and Related Documents and Communications complies with the word limits in Local Rule 7.1(f) and the type-size limits of Local Rule 7.1(h).

I further certify that, in preparing this Memorandum, I used Microsoft Word Version 2016, and this program has been applied specifically to include all text, including textboxes, footnotes, endnotes, headings and quotations in the following word count.

I further certify that the above-referenced Memorandum contains 615 words.

Dated: March 31, 2020

Respectfully Submitted,

DERGOSITS & NOAH LLP

By: /s/ Todd A. Noah

Todd A. Noah (*Pro Hac Vice*)
One Embarcadero Center, Suite 350
San Francisco, CA 94111
(415) 705-6377
tnoah@dergnoah.com

FAEGRE DRINKER BIDDLE
& REATH LLP
Bernard E. Nodzon, Jr., MN Bar No. 032422X
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000
bj.nodzon@faegrebd.com

Attorneys for POLYMETRIX AG