UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| GRUPO PETROTEMEX, S.A. DE C.V. and DAK AMERICAS LLC,  )<br>  ) Civil Action No. 16-cv-02401 SRN/HB<br>  )<br>Plaintiffs,  ) **POLYMETRIX AG'S EXPEDITED**<br>v.  ) **MOTION PURSUANT TO**<br>  ) **FED.R.CIV.P. 30(b)(4)**<br>  )<br>POLYMETRIX AG,  )<br>  )<br>Defendant.  )<br>  ) | |

Defendant Polymetrix AG ("Polymetrix") hereby moves the Court on an expedited basis under Fed.R.Civ.P. 30(b)(4) for an Order that the previously noticed depositions of Polymetrix's witnesses be taken during the week of August 3, 2020 by remote videoconference with the witnesses physically located in Switzerland.

Polymetrix makes this motion based on the supporting memorandum, the arguments of counsel, and all other records, filings, and proceedings herein.

Dated:  July 13, 2020　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　DERGOSITS & NOAH LLP

　　　　　　　　　　　　　　　　　　　　By: /s/ Todd A. Noah
　　　　　　　　　　　　　　　　　　　　　　Todd A. Noah (*Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　　　　　One Embarcadero Center, Suite 350
　　　　　　　　　　　　　　　　　　　　　　San Francisco, CA  94111
　　　　　　　　　　　　　　　　　　　　　　(415) 705-6377
　　　　　　　　　　　　　　　　　　　　　　tnoah@dergnoah.com

-2-

FAEGRE DRINKER BIDDLE
& REATH LLP
Bernard E. Nodzon, Jr., MN Bar No. 032422X
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000
bj.nodzon@faegredrinker.com

Attorneys for POLYMETRIX AG